IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID O. PAYET,

      Appellant,

v.

Case No. 5D23-1050
LT Case Nos. 2018-CF-036781
              2018-CF-036581
              2018-CF-029819

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 16, 2023

3.850 Appeal from the Circuit Court
for Brevard County,
Tesha Scolaro Ballou, Judge.

David O. Payet, Cocoa, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., JAY and HARRIS, JJ., concur.